UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00091

———

**Quentin T. Lawson,**
*Plaintiff,*

v.

**Monterey Financial Services, LLC,**
*Defendant.*

———

# O R D E R

Plaintiff alleges that defendant violated the Telephone Consumer Protection Act (TCPA), the Fair Debt Collection Practices Act (FDCPA), and the Texas Debt Collection Act (TDCA). Doc. 1. Pursuant to a divisional order, the case was assigned to a magistrate judge, who issued a report recommending that the court grant defendant's motion for summary judgment (Doc. 17) in part and dismiss plaintiff's claims. Doc. 28 at 9. Specifically, the report recommended that plaintiff's TCPA claim and abandoned FDCPA and TDCA claims[1] be dismissed with prejudice. *Id.* The magistrate judge also recommended that the court decline to exercise supplemental jurisdiction and dismiss plaintiff's remaining TDCA claim without prejudice. *Id.* No party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations.

Defendant's motion for summary judgment (Doc. 17) is granted in part. Plaintiff's TCPA claim, FDCPA claims, and

---

[1] Responding to defendant's motion for summary judgment, plaintiff expressly abandoned "his claims pursuant to the FDCPA, as well as his TDCA claims to the extent they assert deceptive or misleading conduct in violation of Tex. Fin. Code § 392.304." Doc. 23 at 1.

TDCA claim under Texas Finance Code § 392.304 are dismissed with prejudice. The court declines to exercise supplemental jurisdiction over plaintiff's TDCA claim under Texas Finance Code § 392.302 and dismisses the claim without prejudice. Any pending motions are denied as moot.

*So ordered by the court on April 16, 2026.*

J. CAMPBELL BARKER
United States District Judge